UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MILLER, <br><br> Petitioner, <br><br> v. <br><br> BRANDON PRICE, <br><br> Respondent. | NO. SACV 17-1467-CAS (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and this action is dismissed with prejudice.

DATED: March 10, 2020

*Christina A. Snyder*
CHRISTINA A. SNYDER
United States District Judge